IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:17-cv-02688-RM-KMT

SANUVAIRE, LLC,

    Plaintiff,

v.

SUTRAK CORPORATION,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Alter or Amend the Judgment to Reflect Judgment for Prejudgment Interest. (ECF No. 1033.) The Court grants the motion and directs that final judgment be entered in Plaintiff's favor and against Defendant for $52,754.63 principal plus prejudgment interest at 8% per annum from the due date of the contract amount, that being August 9, 2016, for a total of $16,542.16 for interest calculated through February 20, 2020, for a total judgment amount of $69,296.79.

DATED this 25th day of February, 2020.

BY THE COURT:

/s/ Raymond P. Moore
RAYMOND P. MOORE
United States District Judge